Finance & Guaranty Company, a Corporation, Appellant, v. Crystal River Rock Company, a Corporation, Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Hillsborough.

Appeal made returnable to March 1, 1916, dismissed on motion of counsel for appellant, at costs of appellant.

*J. W. Frazier* and *William Hunter,* for Appellant;

*J. T. Watson, Jr.,* for Appellee.

---

The State of Florida, *ex rel.,* R. Hudson Burr, Newton A. Blitch and Royal C. Dunn, as Railroad Commissioners of the State of Florida, Relators, v. Florida East Coast Railway Company, a Corporation, Respondent.

Original Proceeding.   In re. Agency at Ojus.

Cause dismissed on motion of counsel for Relators, at costs of Relators.

*D. C. McMullen,* for Relators;

*Alex St. Clair-Abrams,* for Respondent.